DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES WYNE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1831

[February 25, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Weiss, Judge; L.T. Case No. 502008CF004603BXXXMB.

Charles Wyne, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***